# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donald W. Gordon<br>&<br>Evora J Harris-Gordon fka Evora J Blanchard<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-12491 elf |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Carrington Mortgage Services as servicer for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A and index same on the master mailing list.

                Respectfully submitted,

                **/s/Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322 FAX (215) 627-7734