# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12491-ELF

DONALD W. GORDON
EVORA J HARRIS-GORDON
2520 N 12TH STREET

PHILADELPHIA, PA 19133

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DONALD W. GORDON
    EVORA J HARRIS-GORDON
    2520 N 12TH STREET

    PHILADELPHIA, PA 19133

Counsel for debtor(s), by electronic notice only.

    MICHAEL A COHEN
    2113 SNYDER AVE

    PHILADELPHIA, PA 19145

Date: 6/24/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee