United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Donald W. Gordon
Evora J Harris-Gordon
    Debtors

Case No. 17-12491-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 24, 2020
                       Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.
14029782      +Carrington Mortgage Services, LLC,,    1600 South Douglass Road,,    Anaheim, CA 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14029782      +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 25 2020 04:02:44
               Carrington Mortgage Services, LLC,,    1600 South Douglass Road,,    Anaheim, CA 92806-5951
                                                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:
         KEVIN G. MCDONALD     on behalf of Creditor     Wilmington Savings Fund Society, FSB, as trustee of
          Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
         MICHAEL ADAM COHEN     on behalf of Joint Debtor Evora J Harris-Gordon mcohen1@temple.edu
         MICHAEL ADAM COHEN     on behalf of Debtor Donald W. Gordon mcohen1@temple.edu
         REBECCA ANN SOLARZ     on behalf of Creditor     WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
          STANWICH MORTGAGE LOAN TRUST A bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ     on behalf of Creditor     Wilmington Savings Fund Society, FSB, as trustee of
          Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
         WILLIAM EDWARD CRAIG     on behalf of Creditor     Credit Acceptance Corporation
          ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                    TOTAL: 9

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-12491-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Donald W. Gordon<br>2520 N 12th Street<br>Philadelphia PA 19133 | Evora J Harris-Gordon<br>2520 N 12th Street<br>Philadelphia PA 19133 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/24/2020.

**Name and Address of Alleged Transferor(s):**

Claim No. 3: Carrington Mortgage Services, LLC,, 1600 South Douglass Road,, Anaheim, CA 92806

**Name and Address of Transferee:**

U.S. Bank Trust National Association, as
Trustee of the Bungalow Series IV Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/26/20

Tim McGrath
**CLERK OF THE COURT**