# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In RE:** DONALD W. GORDON

    EVORA J HARRIS-GORDON

       **: CHAPTER 13**

       **:**

       **: BANKRUPTCY NO.** 17-12491-ELF

       **:**

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                         Respectfully submitted,

**3/31/2022**

                                         /s/ KENNETH E. WEST

                                         KENNETH E. WEST, Esquire
                                         Chapter 13 Standing Trustee
                                         P.O. Box 40837
                                         Philadelphia PA 19107
                                         Phone: 215-627-1377