United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12491-elf |
| Donald W. Gordon | Chapter 13 |
| Evora J Harris-Gordon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2022 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald W. Gordon, Evora J Harris-Gordon, 2520 N 12th Street, Philadelphia, PA 19133-1125 |
| 13898140 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 13923323 | | CITIFINANCIAL, INC. D/B/A CITIFINANCIAL, INC.(WV), P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 13923322 | | CitiFinancial, Inc. D/B/A CitiFinancial, Inc. (WV, Sioux Falls, SD 57117-6043 |
| 13975683 | + | City of Lynchburg, PO Box 9000, Lynchburg, VA 24505-9000 |
| 13898146 | + | Deut, 11200 West Parkland Dr., Milwaukee, WI 53224-3126 |
| 13898149 | + | Pennsylvania Dept Revenue, PO Box 280432, Harrisburg, PA 17128-0432 |
| 13898151 | + | Shapiro & Denardo LLC, 3600 Horizon Dr., Ste 150, King of Prussia, PA 19406-4702 |
| 14522132 | + | U.S. Bank Trust National Association, as, Trustee of the Bungalow Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 13918800 | + | William E. Craig, Esq., Morton & Craig, LLC, Atty for Credit Acceptance Corp, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3124 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13898138 | + | Email/Text: EBNProcessing@afni.com | May 18 2022 23:48:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 13898139 | + | Email/Text: EBNProcessing@afni.com | May 18 2022 23:48:00 | Afni, Po Box 3097, Bloomington, IL 61702-3097 |
| 13898140 | ^ | MEBN | May 18 2022 23:45:58 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 13898142 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2022 23:54:40 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 13898143 | | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, Law Department - Tax Unit, One parkway Bldg, 1515 Arch St., 15th Fl, Philadelphia, PA 19102-1595 |
| 13993211 | | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14029782 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 18 2022 23:47:00 | Carrington Mortgage Services, LLC,, 1600 South Douglass Road,, Anaheim, CA 92806-5951 |
| 13898145 | + | Email/Text: ebnnotifications@creditacceptance.com | May 18 2022 23:47:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 13898144 | + | Email/Text: ebnnotifications@creditacceptance.com | May 18 2022 23:47:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite |

Case 17-12491-elf   Doc 81   Filed 05/20/22   Entered 05/21/22 00:30:04   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 138OBJ | Total Noticed: 27 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3000, Southfield, MI 48034-8331 |
| 13898147 | | Email/Text: G06041@att.com | May 18 2022 23:48:00 | Direct TV, PO Box 11732, Newark, NJ 07101 |
| 13898148 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2022 23:47:00 | IRS, Bankruptcy Dept, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13898141 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2022 23:54:33 | Chase Home Finance, PO Box 44118, Jacksonville, FL 32231 |
| 13898150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:54:39 | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 13898152 | + | Email/Text: philadelphia.bnc@ssa.gov | May 18 2022 23:48:00 | Social Security Adminstration, Office of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York, NY 10278-4199 |
| 13898153 | | Email/Text: philadelphia.bnc@ssa.gov | May 18 2022 23:48:00 | Social Security Adminstration, 155-10 Jamaica Ave, Jamaica, NY 11432 |
| 14522132 | ^ | MEBN | May 18 2022 23:46:00 | U.S. Bank Trust National Association, as, Trustee of the Bungalow Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 13939246 | + | Email/PDF: ebn_ais@aisinfo.com | May 18 2022 23:54:34 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13923326 | * | CitiFinancial, Inc. d/b/a CitiFinancial, Inc. (WV), P.O. Box 6043, Sioux Falls, SD 57117-6043 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Donald W. Gordon brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Evora J Harris-Gordon brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 18, 2022 | Form ID: 138OBJ | Total Noticed: 27 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD

on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Donald W. Gordon and Evora J Harris−Gordon

    Debtor(s)

Case No: 17−12491−elf

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/18/22